**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

|  |  |  |
|---|---|---|
| **JOEL GILBERT LINDSEY,** | : | |
| Plaintiff | : | |
| v. | : | CASE NO. 7:11-CV-123 (HL) |
| **GLEN JOHNSON,** | : | |
| Defendant | : | |

**ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 11) filed August 21, 2012 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the time allowed.

**SO ORDERED,** this the 11th day of September, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge
United States District Court**